UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
THOMAS BENDER,

    Plaintiff,

    -against-

DETECTIVE ALVAREZ, SGT. BLEIER,
DETECTIVE FOGELMAN, OFFICER
MARTIN, OFFICER ERNST,
DETECTIVE SMITH, OFFICER
SANTOS, DETECTIVE HOULIHAN,
DETECTIVE PALMESE, OFFICER
BERTOLINI, LIEUTENANT MORGIGO
and SERGEANT FIELDS,

    Defendants.
------------------------------------------------------X

NOT FOR PUBLICATION

ORDER

06-CV-3378 (CBA) (LB)

AMON, United States District Judge:

This Court has received the well-reasoned Report and Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dated December 9, 2008, recommending that this Court grant defendant's motion for summary judgment and dismiss plaintiff's complaint. As no party has objected, the Court hereby adopts the Report and Recommendation of December 9, 2008 as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this order and to close the case.

    SO ORDERED.

Dated:    Brooklyn, New York
          January 15, 2009

                                              s/Hon. Carol B. Amon
                                              Carol Bagley Amon
                                              United States District Judge